### 10679.  MANN v. THE STATE.

BLOODWORTH, J.  1. When considered in the light of the facts of this case and the entire charge of the court, the judge did not err in reading to the jury § 95 of the Penal Code of 1910, including the words "provocation by words, threats, menaces, or contemptuous gestures shall in no case be sufficient to free the person killing from the guilt and crime of murder." *Price* v. *State*, 137 *Ga.* 71 (7), 74 (72 S. E. 908).

2. The presiding judge was satisfied with the finding of the jury; and this court is not authorized to interfere where there are any facts to support the verdict, and no error of law appears.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 14, 1919.

Indictment for shooting at another; from Appling superior court —Judge Highsmith.  May 10, 1919.

*W. W. Bennett,* for plaintiff in error.

*A. V. Sellers, solicitor-general,* contra.

---

### 10685.  MILLER v. SWILLEY.

LUKE, J.  1. A levy of an attachment upon realty, which recited: "By virtue of the within attachment issued from the justice's court of the 753 district, G. M., I have this day levied upon the following property, 250 acres of land being lot No. 47 in the 19th District of said State and county, as the property of the defendant," was sufficient as against the objection that it did not show in what manner the property was seized or levied upon. *Hiles Carver Co.* v. *King,* 109 *Ga.* 180 (34 S. E. 353).

2. In an illegality case the only issue to be determined is that specifically raised by the affidavit of illegality. *Miller* v. *Perkerson,* 128 *Ga.* 465 (57 S. E. 787).

3. Upon the question of notice of the levy of the attachment the evidence authorized the jury to find that the non-resident defendant had notice.

4. An affidavit to obtain an attachment against a non-resident is sufficient when the affidavit shows that the defendant is a non-resident of Georgia.

5. For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 14, 1919.

Affidavit of illegality; from city court of Cairo—Judge Rigsby. May 26, 1919.

*R. R. Terrell,* for plaintiff in error.  *S. P. Cain,* contra.